**DrinkerBiddle&Reath**
L L P

Rodney M. Hudson
415-591-7545 Direct
415-591-7510 Fax
rodney.hudson@dbr.com

Law Offices

50 Fremont Street
San Francisco, CA
94105-2235

415-591-7500 phone
415-591-7510 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 16, 2014



**VIA ECF**

The Honorable Maria-Elena James
San Francisco Federal Courthouse
Courtroom B - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:** *Grossman v. Janssen Research and Development et al.*,
        **U.S. District Court, Northern District of California,**
        **Case No. 3:14-cv-04522 MEJ**

Dear The Honorable Maria-Elena James:

    We represent defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals (collectively referred to as the "Janssen Defendants"), and Bayer Healthcare Pharmaceuticals Inc., Bayer HealthCare LLC and Bayer Corporation (collectively referred to as the "Bayer Defendants") in the above entitled action, which alleges product liability claims for alleged personal injuries from use of Xarelto®.

    On Friday, December 12, 2014, the Judicial Panel on Multidistrict Litigation entered a Transfer Order, attached hereto as Exhibit A, transferring certain Xarelto® cases and creating an MDL proceeding entitled *In re: Xarelto (RIvaroxaban) Products Liability Litigation* (MDL 2592) for Xarelto® product liability actions. The Panel assigned MDL 2592 to the Eastern District of Louisiana before the Honorable Eldon E. Fallon. The parties are in the process of identifying the present action as a potential tag-along to be transferred to the MDL proceeding.

    This action was filed on November 7, 2014, and the Bayer Defendants answered on November 25, 2014 and the Janssen Defendants answered on November 26, 2014.

    Under the Court's Order Setting Initial Case Management Conference and ADR Deadlines dated October 9, 2014, the parties are currently scheduled to file ADR Certifcations and related ADR filings on Thursday, December 18, 2014, which also is the deadline for the parties to meet and confer in advance of the submission of their Case Management Conference Statement currently due on January 1, 2014 and the Rule 26(f) conference scheduled for January 8, 2014.

Established 1849

78250116.1

DrinkerBiddle&Reath
LLP

The Honorable Maria-Elana James
December 16, 2014
Page 2

    The parties respectfully request that the Court vacate these deadlines pending transfer of this action to MDL 2592.

Respectfully submitted,

Rodney M. Hudson

RMH

Enclosure

cc:    Andrew Williams

78250116.1